IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MIDWEST FIRST FINANCIAL LIMITED PARTNERSHIP IV,** | ) ) ) | |
| Plaintiff, | ) ) | 8:08CV250 |
| vs. | ) ) | ORDER |
| **1-800-EAST-WEST MORTGAGE COMPANY,** | ) ) ) ) | |
| Defendant. | ) | |

By telephone call from plaintiff's counsel, the parties advised the court that they have agreed to mediate this dispute with a private mediator. Accordingly,

**IT IS ORDERED:**

1. The case is stayed until **April 14, 2009**, to permit the parties to participate in mediation.

2. By **February 12, 2009**, the parties shall notify the court of their choice of mediator and the date of their mediation session.

3. Plaintiff's counsel shall electronically file a status report within five business days following the completion of the parties' settlement meeting, advising whether the case has been settled.

4. The Clerk shall bring this file to the attention of the undersigned on April 14, 2009, or when notified that the mediation has been completed, whichever occurs first.

5. The planning conference set for January 12, 2009 at 10:00 A.M., was cancelled and will be rescheduled, if necessary, if the matter is not settled in mediation.

Dated this 14th day of January 2009.

BY THE COURT:


S/ F. A. Gossett
United States Magistrate Judge