IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MIDWEST FIRST FINANCIAL LIMITED PARTNERSHIP IV, a Nebraska Limited Partnership,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | 8:08CV250 |
| **1-800-EAST-WEST MORTGAGE COMPANY, a Massachusetts Corporation,** | ) ) ) ) | **ORDER** |
| **Defendant.** | ) | |

**IT IS ORDERED** that the parties' Joint Motion and Stipulation for Extension of Deadlines (Doc. No. 49) is granted, and the Final Progression Order (Doc. No. 30) is amended as follows:

**A. Depositions.** All depositions, whether or not they are intended to be used at trial, shall be completed no later than three (3) weeks after the Court issues an order on the Plaintiff's Motion to Compel Discovery (Doc. No. 43), or otherwise agreed to by the parties to the extent necessary for scheduling purposes.

**B. Summary Judgment Motions**. Motions for summary judgment shall be filed no later than six (6) weeks after the Court issues an order on the Plaintiff's Motion to Compel Discovery, or three (3) weeks after the Rule 30(b)(6) deposition of Defendant occurs, whichever occurs later.

**C. Trial.** The trial and/or final pretrial conference shall be rescheduled, if necessary, by separate order.

DATED September 22, 2009.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**