IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MIDWEST FIRST FINANCIAL LIMITED PARTNERSHIP IV, a Nebraska Limited Partnership,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | 8:08CV250 |
| **1-800-EAST-WEST MORTGAGE COMPANY, a Massachusetts Corporation,** | ) ) ) ) ) | ORDER |
| **Defendant.** | ) | |

**IT IS ORDERED** that the Joint Motion for Order Amending Final Schedule for Progression of Case (Doc. 56) is granted. The Final Progression Order (Doc. 30) and the Order of September 22, 2009 (Doc. 54) are amended, as follows:

1. Depositions. All depositions, whether or not they are intended to be used at trial, shall be completed by December 1, 2009, or by a date otherwise agreed to by the parties to the extent necessary for scheduling purposes.

2. Summary Judgment Motions. Motions for summary judgment shall be filed no later than January 5, 2010, or three (3) weeks after the Rule 30(b)(6) deposition of Defendant occurs, whichever occurs later.

3. The trial now set for December 3, 2009 and the final pretrial conference now set for November 24, 2009 are cancelled.

4. Counsel shall contact my chambers (402-661-7340) no later than **November 20, 2009** to schedule a status conference for the purpose of rescheduling the trial and final pretrial conference.

DATED November 10, 2009.

BY THE COURT:

s/ F.A. Gossett

**United States Magistrate Judge**