# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MIDWEST FIRST FINANCIAL LIMITED PARTNERSHIP IV, a Nebraska Limited Partnership,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | 8:08CV250 |
| **1-800-EAST-WEST MORTGAGE COMPANY, a Massachusetts Corporation,** | ) ) ) ) | **ORDER OF DISMISSAL** |
| **Defendant.** | ) | |

Pursuant to the parties' written Stipulation of Dismissal (Filing No. 85), this case is dismissed, with prejudice, each party to bear its own costs and attorney fees.

**DATED July 13, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**